UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                                )
                                                      )
CAPITOL CAB COOPERATIVE ASSOC, INC    )    Case No. 01-01209
                                                      )    Chapter 7
                                                      )
Debtor.                                            )

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to 11 U.S.C. § 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court", in the amount of **$17,324.70**, representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| AMOUNT | NAME | ADDRESS | CITY | STATE | ZIPCODE |
|---:|---|---|---|---|---|
| 95.09 | Aaron Long | 4121 Alabama Ave., S.E. | Washington | DC | 20019 |
| 95.09 | Albert Burnett | 222 Sacot Place, N.E. | Washington | DC | 20002 |
| 95.09 | Alfred S. Pinkett | 6136 Banks Place N.E. | Washington | DC | 20019 |
| 95.09 | Anthony Goncalves, Sr. | 5404 15th Place | Hyattsville | MD | 20782 |
| 95.09 | Arlene Conway as Legal Rep. for Phillips C. Conway | 3462 Dix Street, NE | Washington | DC | 20019 |
| 95.09 | Bary Clark | 5016 4th Street | Washington | DC | 20011 |
| 95.09 | Bertram Wilson | 7604 Alaska Avenue, N.W. | Washington | DC | 20012 |
| 95.09 | Calvin Ferrell | 4317 Kansas Avenue, NW, #1 | Washington | DC | 20011 |
| 95.09 | Charles Barbera | 441 4th Street, NW | Washington | DC | 20001 |
| 95.09 | Charles Stubblefield | 5128 3rd Street, N.W. | Washington | DC | 20011 |
| 95.09 | Clarence S. Evans | 2020 Brooks Drive, T2 | Forestville | MD | 20747 |
| 95.09 | Dan Morris | 7768 Euclid Way | Springfield | VA | 22153 |
| 95.09 | David Johnson | 1331 First Street, NW | Washington | DC | 20001 |
| 95.09 | Donald Thomas | 2516 Shadyside Avenue | Suitland | MD | 20746 |
| 95.09 | Earl E. Longus | 1501 Beaver Heights Lane | Beaver Heights | MD | 20743 |
| 95.09 | Earnest Lomax | 1306 Chillum Road | Hyattsville | MD | 20782 |

| | | | | | |
|---|---|---|---|---|---|
| 95.09 | Eddie R. Artis | 1111 Farmingdale Avenue | Chapel Oaks | MD | 20743 |
| 95.09 | Edward Vencentozs | 412 Onedia Street, NE | Washington | DC | 20011 |
| 95.09 | Elbert Barnes | 114 P. Street, SW | Washington | DC | 20024 |
| 95.09 | Estelle L. Mitchell | 5022 Glassmanor Drive | Oxon Hill | MD | 20745 |
| 95.09 | Eugene M. Johnson | 1800 Lawrence Street, NE | Washington | DC | 20018 |
| 95.09 | George H. Morris | 3107 W. Street, SE | Washington | DC | 20020 |
| 95.09 | George Harley | 1346 Oak Street, NW | Washington | DC | 20010 |
| 95.09 | Henry Fluckus | 103 Q. Street, NW | Washington | DC | 20001 |
| 95.09 | Henry Artis | 22207 First Street, N.W. | Washington | DC | 20001 |
| 95.09 | Henry Ross, Jr. | 832 Varnum Street, NW | Washington | DC | 20011 |
| 95.09 | Hugh E. Duvall | 3100 E. Street, NW | Washington | DC | 20019 |
| 95.09 | James Brunswick | 5636 Helmont Drive | Oxon Hill | MD | 20745 |
| 95.09 | Jean Dennis | 515 Oakwood Street, SE | Washington | DC | 20032 |
| 95.09 | Jeffery Foster | 1705 Torrey Pine Court | Reston | VA | 20190 |
| 95.09 | Jerry Lee Benson | 3121 2 59th Street, NE | Washington | DC | 20019 |
| 95.09 | John H. Kennedy | 223 O. Street SW | Washington | DC | 20024 |
| 95.09 | John Baskin | 3433 24th Street, SE | Washington | DC | 20020 |
| 95.09 | Julius Wilson | 2217 Newton Street, NE | Washington | DC | 20018 |
| 95.09 | Kenneth Moore | 437 21st Street, NE | Washington | DC | 20002 |
| 95.09 | Leonard Person | 258 G. Street, SW | Washington | DC | 20024 |
| 95.09 | Leroy Gardner | 7117 Georgia Avenue, NW | Washington | DC | 20012 |
| 95.09 | Liston Thomas | P.O. Box 011 | Oxon Hill | MD | 20750 |
| 95.09 | Lucious Robertson | 201 Ist Street, SW, #124 | Washington | DC | 20024 |
| 95.09 | Major F. Stewart | 2913 Sherman Avenue, NW | Washington | DC | 20001 |
| 95.09 | Mansoor Salahuddin | 2612 Iverson Street | Temple Hills | MD | 20748 |
| 95.09 | Martin L. Lewis | 319 Farragut Street, NW | Washington | DC | 20011 |
| 95.09 | Marvin Fann, Jr. | 1313 Kennedy Street, NW | Washington | DC | 20011 |
| 95.09 | Maurice Sutton | 4651 N. Helen Burroughs Ave, NE | Washington | DC | 20019 |
| 95.09 | Michael Johnson | 771 Fairmont Street, NW | Washington | DC | 20001 |
| 95.09 | Neal A. Stephens | 4413 Edson Place, NE | Washington | DC | 20019 |
| 95.09 | Orlando Pittman | 223 T. Street, NE | Washington | DC | 20004 |
| 95.09 | Percy E. McCoy | 4311 23rd Parkway, Apt. #1112 | Temple Hills | MD | 20748 |
| 95.09 | Randolph Stribling | 7236 Hylton Street | Seat Pleasant | MD | 20743 |
| 95.09 | Ray M. McCree | 1003 P. Street, NW | Washington | DC | 20001 |
| 95.09 | Ray Layton | 3141 24th Street, NE | Washington | DC | 20018 |
| 95.09 | Richard L. Henderson | 42940 Nash Place, SE, #1 | Washington | DC | 20019 |
| 95.09 | Robert J. Faison | 45 V. Street, NE | Washington | DC | 20002 |
| 95.09 | Robert L. Mills | 3005 Bladensberg Road, NE | Brentwood | MD | 20722 |
| 95.09 | Robert A. Dawkins | 7503 Greer Drive | Oxon Hill | MD | 20745 |
| 95.09 | Samuel Houston | 1627 West Virginia Avenue, NE | Washington | DC | 20002 |
| 95.09 | Tyrone E. Kohlhein | 16200 Alson Way | Bowie | MD | 20715 |
| 95.09 | Walter Richmond | 803 44th Street, NE | Washington | DC | 20019 |
| 95.09 | Walter Brown | 5925 Fisher Road, #202 | Temple Hills | MD | 20748 |
| 95.09 | William Best | 1380 Rittenhous Street, NW | Washington | DC | 20011 |
| 95.09 | William T. Fenwick | 5100 11th Street, NE | Washington | DC | 20011 |
| 95.09 | William H. Counts | 5311 Woodland Blvd. | Oxon Hill | MD | 20745 |
| 95.09 | Willie M Doster | 2011 Quincy Street, NE | Washington | DC | 20018 |
| 95.09 | Yussuf H. Mohamed | P.O. Box 30697 | Washington | DC | 20030 |
| 190.18 | James E. Young | 609 Jefferson Street, NW | Washington | DC | 20011 |
| 190.18 | Oliver Curry | 1347 Madison Street, NW | Washington | DC | 20011 |

| | | | | | |
|---|---|---|---|---|---|
| 4629.47 | Al F. Hunter | 4315 E Street, SE | Washington | DC | 20019 |
| 6229.11 | Maurice Sutton | 4651 N Helen Burroughs Ave, NE | Washington | DC | 20019 |

**17324.70**  **Total**

Date:   December 15, 2016         */s/ Wendell W. Webster*
                                  Bar No. 245656
                                  Webster & Fredrickson, PLLC
                                  1775 K Street, N.W., Suite 600
                                  Washington, DC   20006
                                  (202) 659-8510

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Trustee's Report of Unclaimed Funds was electronically sent on 15th day of December, 2016 to:

      Joseph Guzinski, Esq..
      Office of the United States Trustee
      115 S. Union Street
      Suite 210
      Alexandria, VA   22314

      /s/ Wendell W. Webster
      Wendell W. Webster, Trustee
      Webster & Fredrickson, PLLC
      1775 K Street, N.W.
      Suite 600
      Washington, DC   20006
      (202) 659-8510